# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

131748

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CLIFFORD NICHOLAS BARDEN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131748
COA: 268667
Wayne CC: 99-000866-01

_____/

      On order of the Court, the application for leave to appeal the June 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s1218

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

Clerk